**POOR QUALITY ORIGINAL**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

17

BRANDI BORDERS

Plaintiff,

VS

Case: 2:26-cv-10221
Assigned To : White, Robert J.
Referral Judge: Altman, Kimberly G.
Assign. Date : 1/21/2026
Description: CMP BORDERS v
HILTON WORLDWIDE ET AL (JP)

A Demand For Jury Trial

HILTON WORLDWIDE, HILTON GARDEN INN, and ANDY IBRAHIM, sued In their individual capacity

DEFENDANTS

----------------------------------------/

## PRELIMINARY STATEMENT

This is a civil rights action file by BRANDI BORDERS In Pro. Per. seeking damages and punitive damages and pursuant to **Title VII of the Civil Rights Act of 1964** and Fifth Amendment rights secured by the constitution of the United States.

## JURISDICTION

The court has jurisdiction of this matter pursuant to **28 USCA 1331 and 28 U.S.C. 1332**

## PARTIES

Plaintiff Brandi Borders mailing address, 25188 Maplebrooke, Southfield, MI, 48033.

Defendant Hilton Garden Inn business address, is 26000 American Drive, Southfield, Michigan, 48034

Defendant Andy Ibrahim business address, is 26000 American Drive, Southfield, Michigan, 48034

Defendant Hilton Worldwide business address is, 7930 Jones Branch Drive, McLean, VA 22102

## STATEMENT OF FACTS

1. Plaintiff started working at Defendant Hilton Garden Inn June of 2024 she was hired by Stephon who was the General manager. Plaintiff was hired to work as a house keeper. After working as a house keeper for a week Plaintiff was approached by General manager Stephon and told he was going reassign her to laundry attendance.

2. Plaintiff assert, from June of 2024 until January 7, 2026 she (Plaintiff) only missed one day of work and that was because she had to go to court over a divorce matter.

3. Plaintiff assert, Defendant Andy Ibrahim started working for Defendant Hilton Garden Inn as the general manager around and about September of 2025. After being on the job two weeks Defendant Andy Ibrahim told manager Susan Smith he was going to targeted all the black employees and created false reasons to terminated them. Defendant Andy Ibrahim told Ayaulym Kozhban that he wanted to hire more white immigrants to work for Defendant Hilton Garden. Defendant Andy Ibrahim told Ayaulym Kozhban he knew the white immigrants who are working for Defendant Hilton Garden Inn are illegal immigrants including Ayaulym Kozhban.

4. Plaintiff assert, as a result of what Defendant Andy Ibrahim stated to Susan Smith she told the black employees what he said about creating a false reason to terminate them. Susan Smith encouraged the black employees to sign a petition against Defendant Ibrahim as a result of him targeting black employees to terminate them for false reasons. Susan Smith encouraged Aubrey Coleman to collect the signature from the black employees and she stated she would give the petition to the union once it was completed.

5. Plaintiff assert, after Aubrey Coleman had some black employees sign the petition he gave it to Susan Smith. After Aubrey Coleman gave the petition to Susan Smith she gave the petition to Defendant Ibrahim. After Susan Smith gave Defendant Ibrahim the petition with the black employees name on it he begun to escalate false reasons to terminate black employees. **Exhibit A** is a copy of the work schedule from September of 2025 and it shows the black employees that was working for Defendant Hilton Garden In at that time. Some of the black employees have been terminated and some resigned because Defendant Ibrahim put them on the schedule but did not give them one hour to work. Susan Smith told black employees that Defendant` Ibrahim told her he is refusing to terminate the black employees because he did not want the black employees to collect unemployment if he terminated them. Defendant Ibrahim have given the black employees work hours to the immigrants who do not have legal documentation to work in the United Sates. The black employees with the check mark by their name where the black employees who worked for Defendant Hilton Garden in September of 2025.

6. Plaintiff assert, on and around about October of 2025 Ayaulym Kozhban told Plaintiff that she was romantically involved with Defendant Ibrahim and she thought she maybe pregnant by Defendant Ibrahim. Ayaulym Kozhban told Plaintiff that Defendant Ibrahim drove her to work and drove her home. Ayaulym Kozhban told Plaintiff that Defendant Ibrahim did not want employees to notice him dropping her off so he would drop her off in areas where none of the employees could see him dropping her off for work. **See exhibit B for a copy of the text messages Ayaulym Kozhban shared with Plaintiff concerning her being romantically with Defendant Andy Ibrahim.**

7. Plaintiff assert, on and around about November of 2025, Plaintiff shared her concerns with Ayaulym Kozhban about Defendant Ibrahim reducing the hours of black employees.

8. Plaintiff assert, Ayaulym Kozhban told Plaintiff that Defendant Ibrahim is racist aganist black people, he was going to terminate the black employees and hire more white immigrates to work for Defendant Hilton Garden.

9. Plaintiff assert, in November of 2025 Ayaulym Kozhban begun to come to work late and some instance she would not come to work the days she was scheduled to work. Ayaulym Kozhban did not inform Susan Smith or Defendant Ibrahim that she was not coming to work. Ayaulym Kozhban was not terminated or written up for not coming to work or informing management that she was not coming to work.

10. Plaintiff assert, December of 2025 Ayaulym Kozhban told Plaintiff her visa had expired and she an immigration hearing December 17, 2025 in Detroit at the immigration office. Ayaulym Kozhban told Plaintiff that Defendant Ibrahim told her he knew somebody who would help her and if she wanted to hide and not attend the immigration hearing she could move somewhere else and immigration would never find her. On December 17, 2025 Ayaulym Kozhban told Plaintiff her hearing was allegedly postponed and she was not given a new date to attend another hearing.

11. Plaintiff assert, on and around January 4, 2026 she texted laundry tech Miriam to see if she would work for Plaintiff January 5, 2026 and January 6, 2026 because she(Plaintiff) had to attend school to take her final test. Miriam agreed to work those two days for Plaintiff. Plaintiff told Miriam to inform Defendant Ibrahim that she would be working for Plaintiff because Plaintiff had to attend school to take her final test. Miriam told Plaintiff she texted Defendant Abrahim and verbally told Susan Smith that Plaintiff wanted her to work for Plaintiff. Miriam told Plaintiff that Defendant Ibrahim said "yes of course" if she worked for Plaintiff January 5, 2026 and January 6, 2026.

12. Plaintiff assert, when she returned to work on January 7, 2026 Defendant Ibrahim spoke to her and told her he needed to talk to her. Plaintiff learned that she was being terminated because she did not show up for work January 5, 2026 and January 6, 2026. Plaintiff told Susan Smith that she had text messages from Miriam stating that she and Defendant Ibrahim agreed that it was okay for Miriam to work for Plaintiff January 5, 2026 and January 6, 2026. Plaintiff told Susan Smith other employees whom are white and illegal immigrants did not call in, did not notified her or Defendant Ibrahim about not coming to work and they where not terminated. Plaintiff told Susan Smith she have never had a write up and she

only missed one day of work since she have been working there for almost two years because she had to attend a divorce proceedings. Plaintiff told Susan Smith that Ayaulym Khozhban missed work, never informed management she was not work showing up to work and she was not terminated. Plaintiff reminded Susan Smith what she told the black employees about Defendant Ibrahim targeting black employees to terminate them with false intense. Plaintiff told Susan Smith Defendant Ibrahim was terminating her because she was black.  Susan Smith instructed Plaintiff to leave Defendant Hilton Garden Inn before she have her (Plaintiff) escorted out. **See exhibit C for text message from Miriam concerning Defendant Ibrahim and Susan Smith stating it was okay for her to work for Plaintiff.**

13. Plaintiff assert, on and around about January of 2026 she learned from an employee that Defendant Ibrahim hired an illegal immigrant name ELY to work the job she was working as laundry tech and he was being paid under the table by Defendant Ibrahim. **See exhibit D for a copy of the schedule issues January 2026 for ELY name on the work schedule.**

**14.** Plaintiff assert, **exhibit E** is a copy of picture taken December of 2025 Christmas party with some of the employees that worked and work for Defendant Hilton Garden Inn. Four of the employees who faces are not scratched are immigrants who do not have legal permission to work for Defendant Hilton Graden Inn and are being paid to work under the table. The person at the top of the picture is Defendant Ibrahim. The other people on the picture who face is not scratched are, Lana, Aya, for Andrii, and Ogla none of them have legal permission to work for Defendant Hilton Garden Inn. Aya, Lana, Andrii, and Olga are being paid under the table by an illegal temp agency that hide the identity of the illegal immigrants employees by using someone else social security number to give the appearance they are the person working. Defendant Ibrahim issues the check to the person running the illegal temp services.  Ayaulym Kozhban work for an illegal temp service under a person name Yassar who is Egyptian. Yassar place the money in the bank and he gives Ayaulym Kozhban a bank card to collect her money. Ayaulym Kozhban bank is PNC located on Northwestern Highway, in Southfield, Michigan.

15. Plaintiff assert, **exhibit F** is a copy of work schedule showing the name of the people Plaintiff name in the Christmas picture who are not suppose to be working for Defendant Hilton Garden Inn or Hilton Worldwide.

16. Plaintiff assert, **exhibit G** is a copy of a picture of Ayaulym Kozhban working at Defendant Hilton Garden Inn and one of many text messages she sent Plaintiff concerning her romantic involvement with Defendant Ibrahim.

17. Plaintiff assert, **exhibit H,** is a copy of a text message Ayaulym Kozhban sent Plaintiff concerning her immigration status. Within **exhibit H,** Ayaulym Kozhban stated in part **"injured and took part in the protests. That's why I reached out to them. AND LAST NIGHT THE POLICEMAN CAME TO MY HOUSE, I DON'T KNOW I DIDN'T OPEN THE DOOR.**

Plaintiff - What!!!

**I'M SO AFRAID**

Plaintiff - For what?

**WHY THEY CAME**

**MAYBE THEY WANNA DEPORT ME"**

### RELIEF SOUGHT

A. The court take jurisdiction over the Defendant until this matter is resolved.

B. The Defendants pay Plaintiff compensatory damages $5,000,000 and punitive damages $5,000,000.

C. Any relief the court deem just and proper.

Date: Jan 21, 2026

Brandi Borders
25188 Maplebrooke Dr ~~48033~~
Southfield MI 48033

EXHIBIT A

## Housekeeping Schedule

1-40% = 1    40-70% = 2    70%+ = 3

| Day | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|---|
| Date | 22-Sep | 23-Sep | 24-Sep | 25-Sep | 26-Sep | 27-Sep | 28-Sep |
| Arrivals | 44 | 16 | 40 | 20 | 25 | 16 | 11 |
| Dueouts | 8 | 14 | 21 | 58 | 27 | 12 | 31 |
| Stayovers | 18 | 48 | 43 | 25 | 18 | 31 | 16 |
| # to clean | 46 | 82 | 84 | 103 | 65 | 63 | 67 |
| Occ % | 32.0% | 33.0% | 42.8% | 23.2% | 22.2% | 24.2% | 13.9% |
| **Inspectors** | | | | | | | |
| Aubrey | 8am | 8am | 8am | 8am | 8am | x | x |
| Crystral | x | x | 8:30am | 8:30am | 8:30am | 8:30am | 8:30am |
| Toya | 8:30am | 8:30am | x | 8:30am | x | 8:30am | 8:30am |
| **Houseman** | | | | | | | |
| Eric | x | 5-10pm | 5-10pm | 5-10pm | x | x | x |
| Mereme | 8am- 3pm | | 8am- 3pm | | 8am- 3pm | 8am- 3pm | 8am- 3pm |
| Frank | x | | | | x | 9-3pm | 9-3pm |
| **Laundry** | | | | | | | |
| Brandi | 8am | 8am | 8am | 8am | 8am | | |
| Aya | | 8am | | 8am | 8am | 8am | 8am |
| Mereme | 8am- 3pm | | 8am- 3pm | | 8am- 3pm | 8am- 3pm | 8am- 3pm |
| | 3.07 | 5.47 | 5.60 | 6.87 | 4.33 | 4.20 | 4.47 |
| **Housekeepers** | | | | | | | |
| Fatou | 8:30am | 8:30am | x | 8:30am | 8:30am | 10am | 10am |
| Anna | x | x | x | On Call | x | 10am | 10am |
| Kyra | 8:30am | 8:30am | 8:30am | 8:30am | 8:30am | 10am | 10am |
| Amanda | off | off | 8:30am | x | 8:30am | On Call | x |
| Jada | 8:30am | 8:30am | 8:30am | 8:30am | 8:30am | 10am | On Call |
| Rachel | x | 8:30am | On Call | 8:30am | 8:30am | x | 10am |
| Margith | 8:30am | 8:30am | 8:30am | 8:30am | x | 10am | On Call |
| Sharika | R/O | off | 8:30am | x | On call | 10am | x |
| Maxine | 8:30am | 8:30am | 8:30am | 8:30am | x | 10am | 10am |
| Shante | On Call | | | | | | |

***If you are Showing as "On Call" you must call and check in by 4pm the day before to see if you work if you have not heard from us already.

Okay

Friday 2:17 PM

> Hello Susan, what do you need my new address for?

To mail your paycheck. Also to update in the system so that you can receive your W-2. I can just drop it in the mail and it'll go to your old address if you have put in a change of address it should get to you. You do not have to give me your new address. I just know that you mentioned to me that you moved and I did not want your check or your W-2s to be lost in the mail that's all.

> No that's fine I'll come up there to pick up my check thank you.

I'm sorry. You are not allowed on property.

If you come before I leave at 5:00 I can come outside and meet you

> My Son, Will be there in within 20min.

Delivered

+1 (248) 794-8823

> W-2s in yet? Did they mention it?

No still not 🙂

Wed, Jan 7 at 8:54 AM

> Hello Mister Andy
> Brandi just sent me a message saying she won't be able to come on Monday and Tuesday, and she asked if I could cover for her on those days. I normally have classes on Tuesday, but I could take the day off from school. Does that work for you?

Yes come in

👍

> Alright thank you
>
> Delivered

Brandi I feel so bad for you 🙂

Why did he fire you?

Wed, Jan 7 at 12:13 PM

> Hello Mariam, when you came in Monday morning did you inform Susan that you were working my shifts Monday January 5th and Tuesday January 6th ?

1 Reply

# Housekeeping Schedule

Exhibit (b)

| Day | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|---|
| Date | 12-Jan | 13-Jan | 14-Jan | 15-Jan | 16-Jan | 17-Jan | 18-Jan |
| Arrivals | 21 | 10 | 17 | 18 | 32 | 7 | 4 |
| Dueouts | 2 | 11 | 9 | 19 | 20 | 7 | 13 |
| Stayovers | 12 | 22 | 23 | 21 | 19 | 44 | 38 |
| # to clean | 14 | 33 | 32 | 40 | 39 | 51 | 51 |
| Occ % | 17.0% | 16.5% | 20.6% | 20.1% | 26.3% | 26.3% | 21.6% |
| **Inspectors** | | | | | | | |
| Aya | 9am | 9am Laundry | | 9am Laundry | 9am | | 10am-4pm |
| Manal | 9am | 9am | | 9am | x | x | x |
| Toya | | | 9am | 9am | 9am | 10am-4pm | 10a-4pm |
| **Houseperson** | | | | | | | |
| Andrii | 9a - 6p | 9a - 6p | x | 9am-6p | 9a - 6p | 9a-6p | 10a-5p |
| **Laundry** | | | | | | | |
| Ely | 9a - 6p | 8am- 3:30pm | x | 8am- 3:30pm | 9a - 6p | 9a - 6p | 9a - 6p |
| Mereme | 8am- 3:30pm | | 8am- 3:30pm | | 8am- 3:30pm | 9am- 4pm | 9am- 4pm |
| **Housekeepers** | 0.93 | 2.20 | 2.13 | 2.67 | 2.60 | 3.40 | 3.40 |
| Anna (1) | x | x | x | 9am | x | 10am | 10am |
| Lana (2) | 9am | 9am | x | 9am-2pm | 9am | 10am | 10am |
| Hanaa (3) | x | x | x | x | x | x | x |
| Olga (4) | x | x | x | x | 9am | 10am | 10am |
| Mansour (5) | 9am | | 9am | x | 9am | x | x |
| Crystal (6) | 9am | 9am | 9am | x | x | 10am | 10am |
| Maxine (7) | x | x | 9am | 9am | 9am | x | x |
| Shante (8) | x | x | x | 9am | x | x | x |
| Rachel (9) | 9am | 9am | 9am | 9am | x | x | |
| Fatou (10) | | | | | | x | x |




Namou Hotel Group

MERRY CHRISTMAS
DECEMBER 12, 2025


ECG

Exhibit F

| Day | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|---|
| Date | 8-Dec | 9-Dec | 10-Dec | 11-Dec | 12-Dec | 13-Dec | 14-Dec |
| Arrivals | 22 | 19 | 20 | 6 | 8 | 7 | 4 |
| Dueouts | 7 | 9 | 20 | 26 | 22 | 7 | 11 |
| Stayovers | 16 | 29 | 28 | 22 | 6 | 7 | 3 |
| # to clean | 23 | 38 | 48 | 48 | 28 | 14 | 14 |
| Occ % | 19.6% | 24.7% | 24.7% | 14.4% | 7.2% | 7.2% | 3.6% |
| **Inspectors** | | | | | | | |
| Aya | x | 9:30a | x | 9:30a | 9:30a | 9:30a | 9:30a |
| Manal | 9:30a | x | 9:30a | 9:30a | x | 9:30a | 9:30a |
| Toya | 9:30a | x | x | x | 9:30a | 9:30a | 9:30a |
| **Housekeeper** | | | | | | | |
| Andrii | 8:30a - 8:30p | 8:30a - 8:30p | x | 8:30a - 8:30p | 8:30a - 8:30p | 9:30a - 3:30p | 9:30a - 8:30p |
| Eric | x | x | 5p - 9p | x | x | 5p - 9p | 5p - 9p |
| **Laundry** | | | | | | | |
| Brandi | 8am - 3:30pm | 8am - 3:30pm | 8am - 3:30pm | x | 8am - 3:30pm | | |
| Mereme | 8am - 3pm | | 8am - 3pm | | 5-10p | 9am - 4pm | 9am - 4pm |
| **Housekeepers** | | | | | | | |
| Anna (1) | 1.53 | 2.53 | 3.20 | 3.20 | 1.87 | 0.93 | 0.93 |
| Margith (2) | 8:30a | x | x | x | 8:30a | 10a | 10a |
| Lana (3) | 8:30a | x | 8:30a | R/O | 8:30a | | |
| Hanaa (4) | 8:30a | 8:30a | x | 8:30a | 8:30a | | |
| Awa (5) | R/O | | R/O | R/O | R/O | 10a | 10a |
| Olga (6) | x | x | x | x | x | 10a | 10a |
| Mansour (7) | 8:30a | 8:30a | x | 8:30a | x | x | x |
| Crystal (8) | 8:30a | x | 8:30a | x | x | 10a | 10a |
| Maxine (9) | 8:30a | 8:30a | 8:30a | 8:30a | 8:30a | 10a | 10a |
| Shante (10) | 8:30a | x | 8:30a | 8:30a | PTO | R/O | R/O |
| Rachel (11) | 8:30a | 8:30a | 8:30a | x | 8:30a | x | x |
| Fatou (12) | 8:30a | 8:30a | 8:30a | x | x | R/O | x |
| | | | | x | 8:30a | 10a | x |

Raburn



5:18

< 111   

Rotten

I don't have any documents yet, he just started working on them. I need these documents specifically from my home country, because that's where I got injured and took part in the protests. That's why I reached out to them

And last night the policeman came to my house, I don't know

I didn't open the door

> What!!!!

I'm so afraid

> For what?

Why they came

Maybe they wanna deport me

> What did they say?

Idk

> They were looking for you



Rotten





You'll be OK



Awwww you still thinking about meeee



I so appreciate you love

It feels awful that I've fallen for him this much and that I'm so dependent on how he treats me... but right now I'm trying not to think about it. If he really is interested in me, I hope that interest won't disappear if a new girl, prettier than me, shows up

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

County in which action arose: _____

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff **Oakland County**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant **Oakland County**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Brandi Borders In Pro Per
25100 Maplebrooke Dr.
Southfield, MI 48033

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability
- 196 Franchise

**TORTS — PERSONAL INJURY**
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury
- 362 Personal Injury - Medical Malpractice

**TORTS — PERSONAL INJURY**
- 365 Personal Injury - Product Liability
- 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**CIVIL RIGHTS**
- [x] 440 Other Civil Rights
- 441 Voting
- 442 Employment
- 443 Housing/ Accommodations
- 445 Amer. w/Disabilities - Employment
- 446 Amer. w/Disabilities - Other
- 448 Education

**PRISONER PETITIONS — Habeas Corpus:**
- 463 Alien Detainee
- 510 Motions to Vacate Sentence
- 530 General
- 535 Death Penalty

**Other:**
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition
- 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- 625 Drug Related Seizure of Property 21 USC 881
- 690 Other

**LABOR**
- 710 Fair Labor Standards Act
- 720 Labor/Management Relations
- 740 Railway Labor Act
- 751 Family and Medical Leave Act
- 790 Other Labor Litigation
- 791 Employee Retirement Income Security Act

**IMMIGRATION**
- 462 Naturalization Application
- 465 Other Immigration Actions

**BANKRUPTCY**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- 820 Copyrights
- 830 Patent
- 835 Patent - Abbreviated New Drug Application
- 840 Trademark
- 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

**FEDERAL TAX SUITS**
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- 375 False Claims Act
- 376 Qui Tam (31 USC 3729(a))
- 400 State Reapportionment
- 410 Antitrust
- 430 Banks and Banking
- 450 Commerce
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- 480 Consumer Credit (15 USC 1681 or 1692)
- 485 Telephone Consumer Protection Act
- 490 Cable/Sat TV
- 850 Securities/Commodities/ Exchange
- 890 Other Statutory Actions
- 891 Agricultural Acts
- 893 Environmental Matters
- 895 Freedom of Information Act
- 896 Arbitration
- 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- 950 Constitutionality of State Statutes

440

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
**Title VII of the Civil Rights Act of 1964**
Brief description of cause: **Racial discrimination on job (see complaint attached)**

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $ _____
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: January 21, 2026
SIGNATURE OF ATTORNEY OF RECORD: _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed? ☐ Yes ☑ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.) ☐ Yes ☑ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

Notes :